549

licitor General Thacher, Assistant Attorney General Youngquist, and Messrs. Whitney North Seymour, Sewall Key, Wm. Cutler Thompson, and Wm. H. Riley, Jr., for respondent.

No. 833. JACKSON IRON & STEEL CO. v. COMMISSIONER OF INTERNAL REVENUE. April 25, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Messrs. Richard S. Doyle and Charles D. Hamel for petitioner. Solicitor General Thacher, Assistant Attorney General Youngquist, and Messrs. Whitney North Seymour, Sewall Key, Andrew D. Sharpe, and Wm. H. Riley, Jr., for respondent.

No. 834. WELLS, TRUSTEE IN BANKRUPTCY, v. SIEGEL. April 25, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Mr. Albert A. Jones for petitioner. Mr. Milton Koblitz for respondent.

No. 840. SOVEREIGN CAMP, WOODMEN OF THE WORLD v. NEFF. April 25, 1932. Petition for writ of certiorari to the Kansas City Court of Appeals, of Missouri, denied. Messrs. John T. Harding and David A. Murphy for petitioner. Mr. John G. Parkinson for respondent.

No. 873. MISSOURI-KANSAS-TEXAS R. Co. v. TSCHREPPEL. April 25, 1932. Petition for writ of certiorari to the Supreme Court of Kansas denied. Messrs. Joseph M. Bryson, C. S. Burg, W. W. Brown, and Douglas Hudson